UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LUIS MEJIA** | CIVIL ACTION NO.:  3:18 CV 00982 |
| **Plaintiff,** | |
| v. | |
| **POLICE OFFICER PAUL WARGO, POLICE OFFICER JAKE COLLETTO, POLICE OFFICER DOMENIC MONTELEONE, POLICE OFFICER ANDREW RONCINSKE, POLICE OFFICER KONSTANTINE ARVANITAKIS AND WALMART, INC.** | PETITION FOR REMOVAL  JUNE 12, 2018 |
| **Defendants.** | |

NOW COMES Defendant Walmart Inc. (hereafter "Petitioner"), by and through its undersigned counsel, and respectfully petitions this Honorable Court as follows:

1. Petitioner is a named defendant in a civil action captioned *Luis Mejia v. Paul Wargo, et al.,* which matter was filed in the Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford, docket number FST-CV18-6036767-S (hereafter "the state court action"). A copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A.

2. The Complaint in the state court action arises from an incident alleged to have occurred on May 7, 2016 in Norwalk, Connecticut. *Complaint Count One, Para. 3..* It is alleged that the Plaintiff, in the course of his employment with Brinks, Inc., drove his vehicle to the Wal-Mart store located at 680 Connecticut Avenue, Norwalk, Connecticut. *Complaint Count Two, Paras. 1 & 3.* At some point after the Plaintiff arrived at the Wal-Mart store, Carl Kearse, an

employee of Wal-Mart, called the Norwalk police department to report that he suspected a Brink's employee was engaged in criminal activity. *Complaint Count Two, Paras. 4 & 5*. The Plaintiff was then confronted by Norwalk Police officers who pointed weapons at him. *Complaint Count One, Para. 4*. He was subsequently thrown to the ground and handcuffed by the officers. *Complaint Count One, Para. 4*.

3.  The Plaintiff claims that as a result of the above actions, he sustained injuries to his back, neck, both wrists and both legs, as well as suffered from post-traumatic stress. *Complaint Count One, Para. 7*. He also alleges that he lost time from work, experienced pain and suffering, and was unable to enjoy his usual daily pursuits.  *Complaint Count One, Paras. 7-8*.

4.  This action is being removed to the District Court pursuant to Title 28, United States Code §§ 1331 and 1441(a). In support of this Petition for Removal, Petitioner respectfully states and represents to the Court as follows:

a.  By Complaint dated May 2, 2018, the Plaintiff filed suit against the Petitioner and defendant police officers Paul Wargo, Jake Colletto, Domenic Monteleone, Andrew Roncinske, and Konstantine Arvanitakis. Service was accomplished upon the Petitioner on May 16, 2018, through Petitioner's registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Stamford/Norwalk at Stamford.

b.  In his Complaint, the Plaintiff alleges that the actions of the defendant police officers "were in violation of [his] rights under the fourth amendment of the United States Constitution to be free from unreasonable searches and seizures, and to be free from the use of excessive force." *Complaint Count One, Para. 6*.  He further alleges that Carl Kearse "acted maliciously in contacting the police." *Complaint Count Two, Para. 7*.

5.      28 U.S.C. § 1331 gives the district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2012). This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 because the Plaintiff claims that his rights under the Fourth Amendment to the United States Constitution were violated.

6.      In any action in which the courts have original jurisdiction, 28 U.S.C. § 1367(a) provides the district courts with "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a) (2012). This Court has supplemental jurisdiction over the Plaintiff's claim against the Petitioner that its employee acted maliciously in calling the police, as the claim shares a common nucleus of operative fact with the Plaintiff's constitutional claims. Thus, the claims are so related that they form part of the same case or controversy under Article III of the United States Constitution.

7.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut, and the Petitioner and Defendants are subject to personal jurisdiction in Connecticut.

8.      Pursuant to 28 U.S.C. §1446(d), the Petitioner has notified the Superior Court of the State of Connecticut of the filing of this Petition by filing the attached Notice of Removal. *Please see Exhibit B*.

WHEREFORE, based upon the foregoing, Petitioner respectfully requests that the state court action be removed to the United States District Court for the District of Connecticut

pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Stamford/Norwalk at Stamford, be discontinued.

        Respectfully submitted,

        DEFENDANT,
        WALMART, INC.


By:   /s/ *Janice D. Lai*
     Janice D. Lai, Esq.(ct12135)
     Ryan Ryan Deluca LLP
     CityPlace II
     185 Asylum Street, 6th Floor
     Hartford, CT 06103
     Juris No. 436612
     Phone:  860-785-5150

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS MEJIA | CIVIL ACTION NO.: 3:18 CV 00982 |
| **Plaintiff,** | |
| v. | |
| POLICE OFFICER PAUL WARGO, POLICE OFFICER JAKE COLLETTO, POLICE OFFICER DOMENIC MONTELEONE, POLICE OFFICER ANDREW RONCINSKE, POLICE OFFICER KONSTANTINE ARVANITAKIS AND WALMART, INC. | CERTIFICATE OF SERVICE<br><br>JUNE 12, 2018 |
| **Defendants.** | |

    I hereby certify that on June 12, 2018, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was also mailed to:

David S. Doyle
The Marcus Law Firm
275 Branford Road
North Branford, CT 06471
*Counsel for the Plaintiff*

Norwalk Corporation Counsel
Position Number 4
Po Box 5125
Norwalk, Ct 06856-5125
*Attorney for Defendants Paul Wargo, Jake Colletto, Domenic Monteleone, Andrew Roncinske, Konstantine Arvanitakis*

                                                                              __/s/ *Janice D. Lai*_____
                                                                              Janice D. Lai, Esq.
                                                                              Fed. Bar No. (ct12135)

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street, Stamford, CT 06905 | ( 203 ) 965-5308 | June 5, 2018 |

| [x] Judicial District / [ ] Housing Session | [ ] G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Stamford | Case type code (See list on page 2) Major: M   Minor: 90 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| The Marcus Law Firm, 275 Branford Road, North Branford, CT 06471 | 035870 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 481-3330 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [x] Yes [ ] No

Email address for delivery of papers under Section 10-13 (if agreed to): ddoyle@marcuslawfirm.com

Number of Plaintiffs: 1    Number of Defendants: 6    [x] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Mejia, Luis<br>Address: 338 Ridgewood Avenue, Apt 2., Brooklyn, NY 11208 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Police Officer Paul Wargo c/o Norwalk City Clerk, 125 East Avenue,<br>Address: Norwalk, CT 06856 | D-01 |
| Additional Defendant | Name: Police Officer Jake Colletto c/o Norwalk City Clerk, 125 East Avenue,<br>Address: Norwalk, CT 06856 | D-02 |
| Additional Defendant | Name: Police Officer Domenic Monteleone c/o Norwalk City Clerk, 125 East Avenue,<br>Address: Norwalk, CT 06856 | D-03 |
| Additional Defendant | Name: Police Officer Andrew Roncinske c/o Norwalk City Clerk, 125 East Avenue,<br>Address: Norwalk, CT 06856 | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [x] Commissioner of the Superior Court<br>[ ] Assistant Clerk | Name of Person Signing at Left<br>David S. Doyle | Date signed<br>05/02/2018 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

# CIVIL SUMMONS
## CONTINUATION OF PARTIES
JD-CV-2  Rev. 9-12

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

First named Plaintiff (Last, First, Middle Initial)
Mejia, Luis

First named Defendant (Last, First, Middle Initial)
Wargo, Paul Police Officer, Et Al

## Additional Plaintiffs

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| | | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

## Additional Defendants

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Police Officer Konstantine Arvanitakis c/o Norwalk City Clerk, 125 East Avenue Norwalk, CT 06856 | | 05 |
| Walmart Inc., 708 SW 8th St, Bentonville, AR, c/o Agent for service CT Corporation System 67 Burnside Avenue, East Hartford, CT 06108 | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |

FOR COURT USE ONLY - File Date

12

13

14  Docket number

CIVIL SUMMONS-Continuation

| | | |
|---|---|---|
| RETURN DATE: JUNE 5, 2018 | : | SUPERIOR COURT |
| LUIS MEJIA | : | J. D. OF STAMFORD-NORWALK |
| vs. | : | AT STAMFORD |
| OFFICER PAUL WARGO<br>OFFICER JAKE COLLETTO,<br>OFFICER DOMENIC MONTELEONE<br>OFFICER ANDREW RONCINSKE AND<br>OFFICER KONSTANTINE ARVANITAKIS<br>WALMART INC. | : | MAY 2, 2018 |

## COMPLAINT

### COUNT ONE:

1. On or about May 7, 2016, the plaintiff, Luis Mejia of Brooklyn, New York was performing his duties as an employee of Brinks, Inc., driving in a Brink's Armored Truck wearing a Brink's uniform with a Brink's photo I.D. card attached to his uniform.

2. At all times pertinent hereto, Officer Paul Wargo, Officer Jake Colletto, Officer Domenic Monteleone, Officer Andrew Roncinske and Officer Konstantine Arvanitakis were duly appointed and acting as police officers for the City of Norwalk in the County of Fairfield and State of Connecticut and were acting in their official capacity; their acts were performed under the Statutes, ordinances and policies of the City of Norwalk and the State of Connecticut.

3. On May 7, 2016 these defendants apprehended the Brink's vehicle containing Mejia, on Connecticut Avenue in Norwalk.

MARCUS LAW FIRM
BRANFORD ROAD
:TH BRANFORD, CT
06471
(203) 481-3330
X (203) 488-4070
JRIS NO. #35870

4. At that time and place, Officer Wargo pointed a shotgun at Mejia, and other defendants pointed weapons at Mejia and Wargo and other defendants slammed Mejia to the ground in the course of handcuffing him.

5. The actions of the police officers in confronting Mejia with drawn weapons, slamming him to the ground and handcuffing Mejia constituted the use of excessive force.

6. The actions of the defendants were in violation of Mejia's rights under the fourth amendment of the United States Constitution to be free from unreasonable searches and seizures, and to be free from the use of excessive force.

7. As a result of the unreasonable search and seizure, Mejia suffered personal injuries including injuries to the back, neck, both wrists and both legs, plus post-traumatic stress, and lost time from work while treating his injuries.

8. As a further result of his injuries, Mejia underwent pain and suffering and was unable to enjoy his usual daily pursuits.

## COUNT TWO

1. Paragraph 1 of Count One is hereby incorporated and made paragraph 1 of Count Two.

2. Defendant, Walmart, Inc., is a multi-national corporation which owns and operates retail stores in Connecticut.

3. As part of the route assigned to Mejia that day, he drove in the Brink's truck to the Walmart store located at 680 Connecticut Avenue, Norwalk, Connecticut.

MARCUS LAW FIRM
; BRANFORD ROAD
<TH BRANFORD, CT
06471
(203) 481-3330
X (203) 488-4070
JRIS NO. #35870

2

4. At that time and place, Mejia's met with Walmart assistant manager Carl Kearse and attempted to deliver two one dollars bills for use in a charitable donation jar.

5. Acting within the course of his duties for Walmart, Inc., as a Walmart employee, Kearse called the Norwalk police department and complained about the Brink's employee driving in the Brink's truck in the Brink's uniform wearing the Brink's photo I.D., alleged that he suspected criminal activity, including the suggestion that Mejia was not really a Brink's employee; and specifically commented on the fact that Mejia was carrying a firearm.

6. As a direct result of this complaint by Kearse, the Norwalk police apprehended Mejia, subjecting him to the unreasonable search and seizure aforedescribed.

7. Defendant Walmart, Inc., acting through its employee Kearse, acted maliciously in contacting the police as no probable cause existed for Kearse to call the police.

8. Mejia was released after Norwalk police investigated and confirmed that the man in the Brink's truck wearing the Brink's uniform with the Brink's photo ID worked for Brink's.

9. As a result of the search and seizure undertaken in response to Walmart's complaint, Mejia suffered personal injuries including injuries to his back, neck, both wrists and both legs plus post-traumatic stress, and lost time from work while treating his injuries, and some of his injuries may be permanent in nature.

10. As a further result of his injuries, Mejia underwent pain and suffering and was unable to enjoy his usual daily pursuits.

MARCUS LAW FIRM
; BRANFORD ROAD
ITH BRANFORD, CT
06471
(203) 481-3330
X (203) 488-4070
JRIS NO. #35870

**WHEREFORE**, the plaintiff claims:

1. Money damages;

2. Attorneys fees; and

3. Such other relief as may pertain or in equity.

THE PLAINTIFF

By _____
David S. Doyle
The Marcus Law Firm
275 Branford Road
North Branford, CT 06471

MARCUS LAW FIRM
; BRANFORD ROAD
₹TH BRANFORD, CT
06471
(203) 481-3330
X (203) 488-4070
JRIS NO. #35870

| | | |
|---|---|---|
| RETURN DATE: JUNE 5, 2018 | : | SUPERIOR COURT |
| LUIS MEJIA | : | J. D. OF STAMFORD-NORWALK |
| vs. | : | AT STAMFORD |
| TOWN OF NORWALK<br>OFFICER PAUL WARGO<br>OFFICER JAKE COLLETTO,<br>OFFICER DOMENIC MONTELEONE<br>OFFICER ANDREW RONCINSKE AND<br>OFFICER KONSTANTINE ARVANITAKIS<br>WALMART INC. | : | MAY 2, 2018 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand, exclusive of interest and costs, is greater than Fifteen Thousand ($15,000$^{00}$) Dollars.

THE PLAINTIFF

By _____
David S. Doyle
The Marcus Law Firm
275 Branford Road
North Branford, CT 06471

MARCUS LAW FIRM
5 BRANFORD ROAD
RTH BRANFORD, CT
06471
(203) 481-3330
X (203) 488-4070
URIS NO. #35870

5

Joseph L.A. Felner Jr.
Connecticut State Marshal
Fairfield County
P.O. Box 596
Fairfield, CT 06824

Cell Phone
(203) 209-0430

STATE OF CONNECTICUT

ss: Fairfield    Date: May 4, 2018

COUNTY OF FAIRFIELD

Then and there, by virtue hereof and by special direction of the plaintiff's attorney, I made service of the within and foregoing original **Summons – Civil, Complaint, and Statement Of Amount In Demand** by leaving two true and attested copies for **Police Officer Paul Wargo** with and in the hands of **Donna I. King (Town Clerk)** authorized to accept service at the usual place of business Norwalk Town Hall, 125 East Avenue, Norwalk, CT.

I then made service of the within and foregoing original by leaving two true and attested copies for **Police Officer Jake Colletto** with and in the hands of **Donna I. King (Town Clerk)** authorized to accept service at the usual place of business Norwalk Town Hall, 125 East Avenue, Norwalk, CT.

I then made service of the within and foregoing original by leaving two true and attested copies for **Police Officer Domenic Monteleone** with and in the hands of **Donna I. King (Town Clerk)** authorized to accept service at the usual place of business Norwalk Town Hall, 125 East Avenue, Norwalk, CT.

I then made service of the within and foregoing original by leaving two true and attested copies for **Police Officer Andrew Roncinske** with and in the hands of **Donna I. King (Town Clerk)** authorized to accept service at the usual place of business Norwalk Town Hall, 125 East Avenue, Norwalk, CT.

I then made service of the within and foregoing original by leaving two true and attested copies for **Police Officer Konstantine Arvanitakis** with and in the hands of **Donna I. King (Town Clerk)** authorized to accept service at the usual place of business Norwalk Town Hall, 125 East Avenue, Norwalk, CT.

COUNTY OF FAIRFIELD     ss: Fairfield     Date: May 16, 2018

I then made service of the within and foregoing original by leaving a true and attested copy at the office of Gary Scappini, Manager/Special Assistant Secretary for **C T Corporation System**, 67 Burnside Avenue, East Hartford, CT. Statutory Agent for Service for the within named defendant, **Walmart Inc.,** 708 SW 8th Street, Bentonville, AR.

The within and foregoing is the original **Summons – Civil, Complaint, and Statement Of Amount In Demand** with my doings thereon endorsed.

ATTEST: _____

Joseph L.A. Felner Jr.
Connecticut State Marshal
Fairfield County

Fees:
Service Fee    $ 160.00
Travel            92.80
Verified Copies   42.00
Endorsement      7.60
Total         $ 302.40

# EXHIBIT B

# Superior Court E-Filing



**Attorney/Firm:** RYAN RYAN DELUCA LLP (436612)  **E-Mail:** SHMALITZ@RYANDELUCALAW.COM   Logout

**Hide Instructions**              **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[Print This Page]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | FST-CV-18-6036767-S |
| **Case Name:** | MEJIA, LUIS v. WARGO, PAUL Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-12-2018 |
| **Motion/Pleading by:** | RYAN RYAN DELUCA LLP (436612) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Tuesday, June 12, 2018 3:23:02 PM |

[E-File Another Pleading/Motion/Other document on this Case]

[Return to Civil / Family Menu]    [Return to Case Detail]

Copyright © 2018, State of Connecticut Judicial Branch