UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS MEJIA | CIVIL ACTION NO: 3:18 cv 00982 |
| Plaintiff, | |
| v. | |
| POLICE OFFICER PAUL WARGO, POLICE OFFICER JAKE COLLETTO, POLICE OFFICER DOMENIC MONTELEONE, POLICE OFFICER ANDREW RONCINSKE, POLICE OFFICER KONSTANTINE ARVANITAKIS AND WAL-MART STORES, INC. | JULY 12, 2018 |
| Defendants. | |

## WALMART INC'S
## ANSWER, AFFIRMATIVE DEFENSE & JURY DEMAND

### COUNT ONE

The allegations contained in Count One are not directed against the Defendant Walmart Stores East, LP, incorrectly named as Walmart, Inc.  As such, the Defendant Walmart Stores East, LP, incorrectly named as Walmart, Inc. does not make a response thereto.

### COUNT TWO

1.     The Defendant, Walmart Stores East, LP, incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff.  With respect to the remaining allegations contained in Paragraph 1, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

2.      The Defendant Walmart, Inc. denies that it owns and operates retail stores in Connecticut.  Walmart Stores East, LP incorrectly named as Walmart, Inc. admits that it owns and operates retail stores in Connecticut.

3.      The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff.  With respect to the remaining allegations contained in Paragraph 3, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

4.      The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff.  With respect to the remaining allegations contained in Paragraph 4, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

5.      The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff.  With respect to the remaining allegations contained in Paragraph 5, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

6.      The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff.  With respect to the remaining allegations contained in Paragraph 6, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

7. Paragraph 7 is denied.

8. The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff. With respect to the remaining allegations contained in Paragraph 8, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

9. The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff. With respect to the remaining allegations contained in Paragraph 9, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

10. The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc., denies that it was in anyway negligent or otherwise responsible for the damages and injuries allegedly sustained by the Plaintiff. With respect to the remaining allegations contained in Paragraph 10, the Defendant lacks sufficient information as to the truth or falsity of the allegations contained therein, and therefore, leaves the Plaintiff to his proof.

## AFFIRMATIVE DEFENSE

### As to Count Two

Assistant Store Manager Carl Kearse and Walmart Stores East, LP incorrectly named as Walmart, Inc. made full and fair statements of all material facts within their knowledge and did not withhold any information from the Norwalk Police including, but not limited to Officers Paul Wargo, Jake Colletto, Dominic Monteleone, Andrew Roncinski and Konstantine Arvanitakis in an attempt to influence their opinions and when the aforesaid Police Officers apprehended, detained and/or arrested the Plaintiff. Carl Kearse and Walmart Stores East, LP incorrectly named as Walmart Stores, Inc. in good faith and cause believed that a crime has been committed.

## JURY DEMAND

The Defendant Walmart Stores East, LP incorrectly named as Walmart, Inc. hereby demands trial by jury on all issues so triable.

Respectfully Submitted,
DEFENDANT,
WALMART STORES EAST, LP (incorrectly named as Walmart, Inc.)

By: _____
Janice D. Lai, Esq.(ct12135)
Ryan Ryan Deluca LLP
CityPlace II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Juris No. 436612
Phone: 860-785-5150

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

David Doyle, Esq.
Marcus Law Firm
275 Branford Road
North Branford, CT  06471

Jeff Sphar, Esq.
Norwalk Corporation Counsel
Position Number 4
Po Box 5125
Norwalk, Ct 068565125

_____
Janice D. Lai, Esq.

Document1
8000.259