UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
LUIS MEGIA AND                  :
ABRAHAM HAMMOURI                :
                                :
        Plaintiffs,             :    Civil No. 3:18-CV-982(AWT)
                                :
v.                              :
                                :
PAUL WARGO, JAKE COLLETTO,      :
DOMENIC MONTELOEONE, ANDREW     :
RONCINSKE, KONSTANTINE          :
ARVANITAKIS, AND WAL-MART STORES:
EAST, LP                        :
        Defendant.              :
------------------------------- x
```

**ORDER RE STATUS REPORT**

On **May 6, 2019,** the parties shall file a joint status report advising the court about:

1. The status of discovery;

2. Any discovery issues foreseen by any party; and

3. The first date on which a settlement conference would be productive.

It is so ordered.

Signed this 10th day of December 2018, at Hartford, Connecticut.

                                                  /s/ AWT
                                            Alvin W. Thompson
                                   United States District Judge