UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LUIS MEJIA**<br>**ABRAHAM HAMMOURI**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**POLICE OFFICER PAUL WARGO,**<br>**POLICE OFFICER JAKE COLLETTO,**<br>**POLICE OFFICER DOMENIC**<br>**MONTELEONE, POLICE OFFICER**<br>**ANDREW RONCINSKE, POLICE**<br>**OFFICER KONSTANTINE**<br>**ARVANITAKIS AND WAL-MART**<br>**STORES EAST, LP**<br><br>    **Defendants.** | **CIVIL ACTION NO: 3:18 cv 00982(AWT)**<br><br><br><br><br><br><br><br>**AUGUST 24, 2020** |

## WALMART STORES EAST, LP'S
## MOTION FOR DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55 and 56, Defendant, Walmart Stores East, LP hereby moves for the entry of a Default Judgment in its favor and against both Plaintiffs, Luis Mejia and Abraham Hammouri.

Defendant Walmart Stores East, LP represents that on July 31, 2020, it filed a Motion for Summary Judgment (Doc. #51). The Plaintiffs were then instructed by the Court that any and all responses by them would be due by August 21, 2020.  Id.

To date, the Plaintiffs have neglected, failed and/or refused to file any response. The Defendant Walmart Stores East LP requests that this Court enter a judgment in its favor due to this failure and for the reasons as set forth in the Defendant's Motion for Summary Judgment (the facts contained in the Defendants' Rule 56(a)(1) Statement of Facts are deemed admitted, See L. Civ. R. 56).

1

2

Accordingly, the Defendant Walmart Stores East, LP requests that its Motion for Summary Judgment (Doc. #51) be granted in the absence of any objection from the Plaintiffs Luis Mejia and Abraham Hammouri and that the Defendant be allowed to submit its requests for fees, costs and expenses as well as for attorneys' fee pursuant to Fed. R. Civ. P. 54(d) and Conn. Gen. Stat. §52-568.

    Respectfully Submitted,
DEFENDANT,
WALMART STORES EAST, LP

By:   */s/ Janice D. Lai*
Janice D. Lai, Esq.(ct12135)
Ryan Ryan Deluca LLP
185 Asylum Street, 6th Floor
Hartford, CT 06103
Juris No. 436612
Phone: 860-785-5150

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

David Doyle, Esq.
Marcus Law Firm
275 Branford Road
North Branford, CT  06471
ddoyle@marcuslawfirm.com

Jeff Sphar, Esq.
Norwalk Corporation Counsel
Position Number 4
Po Box 5125
Norwalk, Ct 06856- 5125
JSPAHR@norwalkct.org

                                                                          /s/  Janice D. Lai
                                                                        Janice D. Lai, Esq.

Document1
8000.259