UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS MEJIA<br>ABRAHAM HAMMOURI<br><br>    Plaintiffs<br><br>vs.<br><br>OFFICER PAUL WARGO, OFFICER JAKE COLLETTO, OFFICER DOMENIC MONTELEONE, OFFICER ANDREW RONCINSKE, OFFICER KONSTANTINE ARVANITAKIS AND WAL-MART STORES EAST, LP<br>    Defendants | :<br>:<br>:<br>: CASE NO: 3:18-CV-00982(AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 5, 2021<br>:<br>:<br>: |

## MOTION FOR EXTENSION OF TIME

Pursuant to FED. R. APP. P. (4a) (5), Plaintiffs hereby move that this court briefly extend the time for filing the notice of appeal. The Plaintiff are actively seeking appellate counsel. The undersigned counsel has been actively assisting in that search. However, despite best efforts, appellate counsel has not yet been retained.

WHEREFORE, for good cause shown, plaintiffs move that this court grant them an extension of time of 30 days to April 7, 2021 or 14 days after this motion is granted, which ever time is later, to file a notice of appeal.

                                        PLAINTIFFS, LUIS MEJIA AND
                                        ABRAHAM HAMMOURI


                                        BY<u>/ss/David S.Doyle</u>
                                        David S. Doyle
                                        Federal Bar No.: ct02987
                                        The Marcus Law Firm
                                        275 Branford Road
                                        North Branford, CT 06471

CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2021 a copy of the foregoing was sent electronically and served by mail on anyone unable to accept electronic filing.

M. Jeffry Spahr
Deputy Corporation Counsel
Federal Bar No. CT 05416
Office of Corporation Counsel
125 East Avenue, Room 237,
PO Box 5125
Norwalk, CT 06856-5125
Email: jspahr@norwalkct.org
Tel: 203-854-7750, Fax: 203-854-7901

Janice D. Lai, Esq.
Ryan Ryan DeLuca, LLP
City Place II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Tel: 860 785-5154
Email: jdlai@ryandelucalaw.com


                                              /s/
                                    David S. Doyle